Judgment affirmed, with costs, with leave to defendant to withdraw demurrer and to answer on payment of costs in this court and in the court below. No opinion. Present — Clarke, P. J., Dowling, Smith, Shearn and Merrell, JJ.

CARL R. BYOIR, Appellant, v. JAMES M. PIERCE and Another, Respondents.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Shearn and Merrell, JJ.; Smith, J., dissented.

In the Matter of Proving the Last Will and Testament of GEORGE H. HUBER, Deceased. GEORGE HUBER THOMSON, Appellant; EMMA M. HUBER and Others, Respondents.— Decree affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Shearn and Merrell, JJ.

In the Matter of the Judicial Settlement of the Account of Proceedings of LAWYERS TITLE AND TRUST COMPANY and Another, as Executors, etc., of MARY MANDEVILLE JOHNSTON, Deceased. ANNA A. JOHNSTON, Appellant; LAWYERS TITLE AND TRUST COMPANY, as Surviving Executor, and Others, Respondents.— Decree affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Shearn and Merrell, JJ.

MARY REYNOLDS, Appellant, v. NEW YORK RAILWAYS COMPANY, Respondent.— Order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Shearn and Merrell, JJ.

KATHERINE N. SCOFIELD, Respondent, v. BRADLEY CONTRACTING COMPANY, Appellant.— Judgment reversed, with costs, and complaint dismissed, with costs, on the ground that the action was brought and tried on the theory of negligence, and that no negligence was shown. Present — Clarke, P. J., Dowling, Smith, Shearn and Merrell, JJ.

GEORGE OGLE, as Administrator, etc., Respondent, v. CHARLES M. ROSENTHAL, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Shearn and Merrell, JJ.; Clarke, P. J., and Shearn, J., dissented.

In the Matter of the Estate of JOHN H. SCOVILLE, Deceased. In the Matter of the Application of GEORGE T. MAXWELL and CANTINE T. SCOVILLE, Respondents, for the Revocation of Letters Testamentary Issued Herein to LILA S. SCOVILLE. LILA S. SCOVILLE, as Executrix, etc., Appellant.— Appeal dismissed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Shearn and Merrell, JJ.

FAIRMOUNT FILM CORPORATION, Appellant, v. NEW AMSTERDAM CASUALTY COMPANY, Respondent.— Order modified as directed in order and, as so modified, affirmed, with ten dollars costs and disbursements to appellant. No opinion. Present — Clarke, P. J., Laughlin, Page, Shearn and Merrell, JJ.

FAIRMOUNT FILM CORPORATION, Respondent, v. NEW AMSTERDAM CASUALTY COMPANY, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Page, Shearn and Merrell, JJ.

JOHN N. HOFF v. GUSTAVE CRETENS.— Motion granted. Present — Clarke, P. J., Laughlin, Dowling, Smith and Shearn, JJ.

METAL SHELTER Co., INC., Appellant, v. WILLIAM I. T. FOSDICK, Respond-

ent, Impleaded with Others.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

HELLMUTH GUTMANN, Doing Business under the Trade Name and Style of GUTMANN & GUTMANN, Appellant, v. JACQUES BENDIEN, Doing Business under the Trade Name and Style of MORRIS & BENDIEN, Respondent.— Orders affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

BEN GERSHEL and Another, Composing the Firm of BEN GERSHEL & Co., and Another, Respondents, v. HICKSON, INC., and Another, Appellants. — Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

PETER DOELGER, Respondent, v. THE BATTERY PARK NATIONAL BANK, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

R. HENRY GREAVES, Respondent, v. AMERICAN INSTITUTE FOR SCIENTIFIC RESEARCH, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

ELEUTHERA D. McCALMONT, as Executrix, etc., Respondent, Appellant, v. WILLIAM FARSON and Others, Respondents, Appellants.— Order modified by striking out provision for payment of counsel fee, and, as so modified, affirmed, with ten dollars costs and disbursements to respondent. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

ALEXANDER R. SMITH, Respondent, v. HARWOOD PALMER and Others, Appellants, Impleaded with Others.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

EDMUND VON MACH, Respondent, v. THE MACMILLAN COMPANY and Others, Appellants, Impleaded with Others.— Order reversed, with ten dollars costs and disbursements and motion granted, with ten dollars costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

JOHN D. WILLIAMS, Respondent, v. HENRY B. WARNER, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

LEVITAN BROS. & ZARKOWER, INC., Respondent, v. HAROLD FELDMAN and Another, Copartners, etc., Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

CHARLES WEISBECKER (a Corporation), Appellant, v. THE NEW YORK EDISON COMPANY, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

JOSEPH BARKOWSKY, an Infant, by ALEXANDRA BARKOWSKY, His Guardian ad Litem, Appellant, v. MINERAL RAILROAD AND MINING COMPANY and SUSQUEHANNA COAL COMPANY, Respondents, Impleaded with Others.—